**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FAREEDAH MCNEILL, on behalf of her minor children, M.M. and K.M.; and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRAINPOP LLC,<br><br>Defendant. | Case No. 2:26-cv-08701- JMY |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Paige T. Noah of Wade Kilpela Slade, LLP, admitted to practice before this Court, and whose contact information appears below, hereby enters her appearance as attorney of record for Plaintiff Fareedah McNeill in the above-captioned case.

Paige T. Noah
WADE KILPELA SLADE, LLP
6425 Living Place, Suite 200
Pittsburgh, PA 15206
Phone: (412) 314-0515
Email: pnoah@waykayslaw.com

Executed on this 18th day of November, 2026, in Pittsburgh, Pennsylvania.

Respectfully submitted,

By: */s/ Paige T. Noah*

Paige T. Noah
**WADE KILPELA SLADE, LLP**
6425 Living Place, Suite 200
Pittsburgh, PA 15206
Phone: (412) 314-0515
Email: pnoah@waykayslaw.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing ***Notice of Appearance*** was served this 18th day of November, 2026 by ECF notification.

*/s/ Paige T. Noah*
Paige T. Noah